**FILED**
March 12, 2019
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:19-MJ-00043-DB |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF PERSON IN CUSTODY |
| | ) | |
| QUANG CAO, | ) | |
| | ) | |
| Defendant. | ) | |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release QUANG CAO, Case No. 2:19-MJ-00043-DB, Charge 18 USC §§ 371, 1543, 1028A(a)(1), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

✔ Bail Posted in the Sum of $ 25,000 (co-signed)

✔ Unsecured Appearance Bond

__ Appearance Bond with 10% Deposit

__ Appearance Bond with Surety

__ Corporate Surety Bail Bond

✔ (Other) With Pretrial Release Supervision and Conditions of Release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on March 12, 2019 at 2:50 pm.

By ____________________
Deborah Barnes
United States Magistrate Judge